Dyzondria BROWN, Petitioner–Appellant,

v.

Doug E. CATOE; Charles M. Condon, Attorney General of the State of South Carolina, Respondents–Appellees.

No. 01–8028.

United States Court of Appeals, Fourth Circuit.

Submitted March 21, 2002.

Decided March 28, 2002.

Dyzondria Brown, Appellant Pro Se. Donald John Zelenka, Chief Deputy Attorney General, Derrick K. McFarland, Office of the Attorney General of South Carolina, Columbia, South Carolina, for Appellees.

**280**

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Dyzondria Brown appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Brown v. Catoe*, No. CA–00–2810–9–10RB (D.S.C. Sept. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*